IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL B. MENCHACA,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>MICHEAL MEYERS,<br><br>　　　　　　Respondent. | 8:24CV304<br><br>MEMORANDUM AND ORDER |

On September 10, 2024, the Court ordered Petitioner to update his address with the Court within 30 days or face dismissal of this action. Filing No. 8. To date, Petitioner has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1.　This matter is dismissed without prejudice because Petitioner failed to prosecute it diligently and failed to comply with this Court's orders.

2.　The Court will enter judgment by a separate document.

3.　Petitioner's pending Motion for Leave to Proceed in Forma Pauperis, Filing No. 4, is denied as moot.

Dated this 18th day of October, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge